UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

ROCCO FAZZOLARI,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/25/2020_

17 Cr. 471 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **December 4, 2020**, Defendant shall file his objections, if any, to the Government's proposed amended order of restitution, ECF No. 32.

SO ORDERED.

Dated: November 25, 2020
       New York, New York

ANALISA TORRES
United States District Judge