USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA    :    **AMENDED ORDER OF**
                                    :          **RESTITUTION**
         - v. -                  :
                                    :          17 Cr. 471 (AT)
ROCCO FAZZOLARI,            :
                                    :
            Defendant.    :
                                    :
- - - - - - - - - - - - - - - - x

     Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Michael D. Neff, Assistant United States Attorney, of counsel; the Presentence Report; the conviction of ROCCO FAZZOLARI, the defendant, on Counts One, Three, and Four of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

     **1. Amount of Restitution.** ROCCO FAZZOLARI, the defendant, shall pay restitution in the total amount of **$1,288,810.75**, to be paid to the victims of the offenses charged in Counts One, Three, and Four. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

   **2. Scope of Liability.** The defendant's liability for restitution shall continue unabated until the full amount of restitution ordered herein has been paid.

   **3. Joint and Several Liability.** The defendant's restitution obligation is joint and several as to only the following:

   a.   **$1,031,795.75** due to the United Health and Welfare Plan;

   b.   **$162,748.25** due to the Fidelity Deposit Company of Maryland;

   Specifically, the defendant and Lee Jarmolowsky (see 16 Cr. 630 (LGS)) are jointly and severally responsible for the amounts in ¶ 3(a) and ¶ 3(b).

   c.   **$9,592.35** due to the Department of the Treasury (IRS).

   Specifically, the defendant and Salvatore Armao (see 18 Cr. 558 (VSB)) are jointly and severally responsible for **$9,592.35** due to the IRS. As to a subset of that amount -- specifically, **$7,194.15** of the $9,592.35 -- their liability is also joint and several with Karen Auer (see 18 Cr. 559 (VSB)).

Dated:   December 2, 2020
         New York, New York

_____
ANALISA TORRES
United States District Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :
                                  :      SCHEDULE OF VICTIMS
         - v. -                   :
                                  :      17 Cr. 471 (AT)
ROCCO FAZZOLARI,                  :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - -x
```

| Name/Address | Amount of Restitution |
|---|---|
| **United Health and Welfare Fund**<br>  c/o Michael Mansfield<br>T&M Protection Resources, LLC<br>230 Park Avenue, Suite 440<br>New York, NY 10169 | $1,100,322.00 |
| **The Fidelity Deposit Company of Maryland**<br>CI#6380075853<br>PO Box 968015<br>Schaumburg, IL 60196-8015 | $175,000.00 |
| **Department of the Treasury**<br>Internal Revenue Service Center<br>Ogden, UT 84201 | $13,488.75 |
| Total | $1,288,810.75 |