USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2021

Gerald J. Di Chiara, Esq.

Attorney at Law
585 Stewart Avenue, L-16
Garden City, New York
(212)679-1958

Laura Di Chiara, Esq.

January 29, 2021

Honorable Judge Analisa Torres
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007

Re:   U.S. v. Rocco Fazzolari
      17 Cr 471 (AT)

Dear Judge Torres,

      This letter request is submitted upon the instruction of the probation office and with the consent of Officer Javier Enciso. It is requested that the Court permit the temporary release, to Rocco Fazzolari, of his passport, so that he may verify his citizenship. This will allow him to take the Commercial Driver's License (CDL) exam at the NYS Department of Motor Vehicles.

      Mr. Fazzolari is trying very earnestly to meet his obligations, support his family and pay his restitution. Since his employment options are limited due to his conviction, coupled with COVID difficulties, he is seeking employment in the transportation industry, driving a truck. He has been advised that a CDL license is required in order to work in this field.

      We have contacted AUSA Michael Neff, and the Government consents to this request for the temporary release of his passport for this purpose.

Respectfully,

/s/ Gerald J. Di Chiara

GRANTED.

SO ORDERED.

Dated: February 1, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge